**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02566-BNB

MICAH BLACKFEATHER,

    Plaintiff,

v.

CHRISTY WHEELER,
JASON KORN,
DAVID KENNEDY,
JOHN LEWELLYING,
EMILIA NORIEGA,
KELLY ADAMS,
TYLER ADAMS, and
MIGUEL FLORES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Admit Illegal, Falsified Police Report as Evidence; Judicial Review of Boulder County Case #2013CR001385 & 2013CR001386" (ECF No. 15) and the motion titled "Judicial Review of Boulder County Case (Falsified Evidence by Defendants) Motion for Relief to Plaintiff, or Appeal to Higher Court" (ECF No. 19) are DENIED because Plaintiff must file an amended complaint as directed if he wishes to pursue any claims in this action.  To the extent Plaintiff asks the court to reconsider his request for counsel, that request is denied because Plaintiff still fails to demonstrate he is unable to provide a clear and concise statement of his claims and he fails to demonstrate his claims have merit.  To the extent Plaintiff seeks an extension of time to file an amended complaint, that request is granted and Plaintiff is directed to file his amended complaint on or before **November 21, 2014**.

    Finally, Plaintiff is advised not to include requests for court orders in letters to the court (*see* ECF Nos. 16, 17, & 18) because any request for a court order must comply with Rule 7 of the Federal Rules of Civil Procedure.  Pursuant to Rule 7(b)(1), "[a] request for a court order must be made by motion."  Furthermore, "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2).

Dated: October 20, 2014