**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02566-GPG

MICAH BLACKFEATHER,

    Plaintiff,

v.

CHRISTY WHEELER,
JASON KORN,
DAVID KENNEDY,
JOHN LEWELLYING,
EMILIA NORIEGA,
KELLY ADAMS,
TYLER ADAMS, and
MIGUEL FLORES,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's request for an extension of time to file an amended complaint, which he makes in a letter to the court (ECF No. 32) filed on December 23, 2014, is DENIED because the letter does not comply with Rule 7 of the Federal Rules of Civil Procedure. Pursuant to Rule 7(b)(1), "[a] request for a court order must be made by motion." Furthermore, "[t]he rules governing captions and other matters of form in pleadings apply to motions and other papers." Fed. R. Civ. P. 7(b)(2).

    Plaintiff's motion (ECF No. 33) is GRANTED to the extent Plaintiff seeks an extension of time of ten to twenty days to file an amended complaint and DENIED to the extent he may be seeking some other relief. Plaintiff shall have up to and including **January 26, 2015**, to file an amended complaint that complies with the court's September 29 order. The instant action will be dismissed without further notice if Plaintiff fails to file an amended complaint as directed within the time allowed. Plaintiff is advised that he is not required to submit evidence in support of his claims in the amended complaint.

    Plaintiff's motion (ECF No. 35) requesting reconsideration of orders dismissing other cases is DENIED because the request is not proper in this action.

Dated:  January 6, 2015